UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Geraldine Richards** | CIVIL ACTION |
| | No. |
| versus | |
| | Section |
| **Choice Hotels International, Inc. d/b/a Sleep Inn New Orleans Airport** | Judge |
| | Magistrate |

**Notice of Removal
Filed on Behalf of
Choice Hotels International, Inc.**

Choice Hotels International, Inc., being the only defendant, hereby gives notice of its removal of this civil action, entitled *Geraldine Richards v. Choice Hotels International, Inc., d/b/a Sleep Inn New Orleans Airport*, from the Twenty-fourth Judicial District Court, for the Parish of Jefferson, State of Louisiana, bearing number 714-758 on the docket of that court ["State Action"], to the United States District Court for the Eastern District of Louisiana.

## The Parties

1. Geraldine Richards, plaintiff, is an individual domiciled and residing in the State of Florida.

2. Choice Hotels International, Inc. ["Choice"], is a corporation organized under the laws of the State of Delaware, with its principal place of business in Maryland.

## Jurisdiction and Venue

3. This dispute arises from an alleged accident alleged by the plaintiff to have been caused by Choice.

4. The jurisdiction of this Court is founded on 28 U.S.C. § 1332, as there is complete diversity between the plaintiffs and all defendants, and the amount in controversy exceeds $75,000. While defendant does not agree or in any way suggest that plaintiff suffered any damages or is entitled to any recovery at all against defendant, and defendant expressly reserves all defenses in that regard, and while plaintiff does not set forth a dollar amount in her petition which is in accordance with Louisiana state practice, plaintiff's allegations are of ongoing, long-term and extensive financial, physical and mental injuries such that her amount in controversy may reasonably be expected to exceed $75,000.

5. Venue is proper under 28 U.S.C. § 1441(a), this being the district encompassing the Louisiana state court in which the State Action was instituted.

6. A complete copy of the record in the State Court action, including all process,

pleadings and orders of record as of the filing of this notice, is attached to this Notice of Removal.

7. The initial pleading, a petition, in the State Action was filed on May 11, 2012, and the citation issued on May 17, 2012. The petition and citation were thereafter served on and first received by the defendant on or about May 24, 2012. This Notice of Removal is timely in that it is filed within 30 days of the first notice by the defendant of the petition.

8. Undersigned counsel certifies that a copy of this Notice of Removal will be served promptly on counsel for all parties, or on all parties not represented by counsel, and will be filed with the Clerk of Court for the Twenty-fourth Judicial District Court for the Parish of Jefferson, State of Louisiana.

**Prayer for Removal**

Defendant hereby removes to the United States District Court for the Eastern District of Louisiana the matter entitled *Geraldine Richards v. Choice Hotels International, Inc., d/b/a Sleep Inn New Orleans Airport*, from the Twenty-fourth Judicial District Court,

for the Parish of Jefferson, State of Louisiana, bearing number 714-758 on the docket of that court for all further proceedings.

>	**EZKOVICH & CO., LLC**
>	Alan D. Ezkovich (# 1865)
>	Aaron J. Weidenhaft (# 30115)
>	650 Poydras Street, Suite 1220
>	New Orleans, Louisiana  70130
>	Telephone:   (504) 593-9899
>	Facsimile:    (504) 593-9048
>
>	By:      s/Alan D. Ezkovich
>	             Alan D. Ezkovich
>	Attorneys for Choice Hotels International, Inc.