UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALDINE RICHARDS | CIVIL ACTION |
| VERSUS | NO: 12-1546 |
| CHOICE HOTELS INTERNATIONAL, INC. D/B/A SLEEP INN NEW ORLEANS AIRPORT | SECTION: "A" (2) |

### ORDER REMANDING CASE TO STATE COURT

The parties having jointly agreed that the jurisdictional amount in controversy for this Court is not satisfied in light of Plaintiff's stipulation (Rec. Doc. 16),

Accordingly;

**IT IS ORDERED** that this matter is **REMANDED** to the state court from which it was removed pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

September 13, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

1